UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cr-101-WTL-DML |
| | ) | |
| KEENAN ROLLERSON, | ) | |
| | ) | |
| Defendant. | ) | |

INFORMATION AS TO DEFENDANT'S PREVIOUS FELONY DRUG CONVICTION

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Barry D. Glickman, Assistant United States Attorney, respectfully files this second information as to defendant Keenan Rollerson's previous conviction for a felony drug offense.

Specifically, the United States hereby states that on or about May 29, 2008, the defendant, Keenan Rollerson, was convicted in Marion County, Indiana, Superior Court, cause number 49-G20-0706-FA-166489 of Possession of Cocaine or a Narcotic Drug, a felony drug offense as defined in 21 U.S.C. §802(44).

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

By: s/Barry D. Glickman
Barry D. Glickman
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, a copy of the foregoing Information as to Defendant's Prior Felony Drug Conviction was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael J. Thompson

Beau B. Brindley

s/Barry D. Glickman
Barry D. Glickman
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204
Telephone: 317-226-6333